FILED
2025 DEC 15 AM 11:33
[stamp: U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS]
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### Austin DIVISION

PLAINTIFF: United States of America

v.

DEFENDANT(S): John Carl Garza

CASE NUMBER: 1:16-cr-00160

MOTION FOR: Early Termination of Supervised Release

Now comes John C. Garza, Plaintiff *pro se*, and requests the Court to: I respectfully request early termination of my supervised release. I have successfully completed 23 months of supervision with full compliance. During this period I have had no violations and have complied with all conditions of supervision —

Date: December 15, 2025

Signature: John C. Garza

Address: 10808 Desert Willow Loop Austin, TX 78748

Phone: 737-307-8586

Rev. Ed. October 26, 2017

50

— I have been continuously employed with the Sky Chef LGS and city of Austin for over two years and half years and have maintained stable, consistent employment. I have demonstrated responsibility, rehabilitation, and a commitment to remaining a law-abiding person.