# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § § |
| **VS** | § § Case No. A-16-CR-00160-JRN |
| **(10) JOHN CARL GARZA,** *Defendant* | § § § § |

## ORDER ON EARLY TERMINATION OF SUPERVISED RELEASE

Before the court is Defendant John Carl Garza's **Motion for Termination of Supervised Release** (dkt #882) filed on December 15, 2026. After consideration of the request, the Court finds that early termination is not appropriate at this time, and the motion should be DENIED.

ACCORDINGLY, IT IS ORDERED that the request for early termination of supervised release is DENIED.

SIGNED this the 8th day of January 2026.

_____
JAMES R. NOWLIN
SENIOR UNITED STATES DISTRICT JUDGE